UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHELLI B.,

      Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

CASE NO. 3:18-cv-05803-RSL-TLF

REPORT AND RECOMMENDATION
(STIPULATED REMAND)

**Noted: March 27, 2019**

  The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge Theresa L. Fricke. Presently before the Court is the parties' Stipulated Motion for Remand. Dkt. 17. After reviewing the Stipulated Motion and the relevant record, the undersigned recommends that the Court should reverse the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

  The Court should order:

  The Commissioner's decision regarding Plaintiff's application for benefits under Title II and Title XVI of the Social Security Act is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. The Administrative Law Judge is

directed to consider whether the claimant's trochanteric bursitis is a severe impairment, reevaluate the opinion evidence -- including Dr. Heilbrunn's opinion that the claimant was limited in standing and walking as a result of Achilles tendonitis -- and if this opinion is rejected, provide reasons separate and apart from those offered in relation to Dr. Heilbrunn's fibromyalgia assessment for the period prior to June 1, 2015 (as previously directed by the District Court). If warranted after this review and reevaluation, the ALJ should obtain vocational expert evidence.

As both parties have stipulated to remand, the Clerk shall set this matter for consideration on **March 27, 2019**, as noted in the caption.

Dated this 27th day of March, 2019.

Theresa L. Fricke
United States Magistrate Judge