UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHELLI B.,

           Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

CASE NO. 3:18-cv-05803-RSL

ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation;

(2)    the parties' stipulated motion to remand (Dkt. #17) is GRANTED; and

(3)    the matter is therefore REVERSED and REMANDED to the Commissioner for further administrative proceedings

1   Dated this 8th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REVERSING DEFENDANT'S DECISION
TO DENY BENEFITS AND REMANDING FOR
FURTHER ADMINISTRATIVE PROCEEDINGS -
2